UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 2:02-CR-092-LDG-RJJ |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| SCOTT EDWIN TINNELL ) | |
| ) | |
| Defendant. ) | |

ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#48) on October 29, 2002. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: ARIZONA CHARLIES EAST
Amount of Restitution: $6,173.76

Name of Payee: TERRIBLE HERBST HOTEL AND CASINO
Amount of Restitution: $4,670.79

Name of Payee: FIESTA HOTEL AND CASINO
Amount of Restitution: $1,895.14

Name of Payee: ELLIS ISLAND CASINO
Amount of Restitution: $598.00

Name of Payee: MONTE CARLO HOTEL AND CASINO
Amount of Restitution: $1,356.54

Name of Payee: SUNCOAST HOTEL AND CASINO
Amount of Restitution: $5,951.44

Name of Payee: SAMS TOWN HOTEL AND CASINO
Amount of Restitution: $3,833.44

**Total Amount of Restitution ordered: $24,479.11****

\*\*\* Joint and several with co-defendant Josh William Sanders

Dated this ___9___ day of November, 2016.

_____
UNITED STATES DISTRICT JUDGE